**MERLIN INTERNATIONAL, INC., Appellant,**

v.

**Janet A. NAPOLITANO, Secretary of Homeland Security, Appellee.**

**No. 2012–1123.**

United States Court of Appeals, Federal Circuit.

Jan. 18, 2013.

David C. Aisenberg, Looney Cohen & Aisenberg LLP, of Boston, Massachusetts, argued for appellant.

Domenique G. Kirchner, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With her on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk Manhardt, Associate Director. Of counsel on the brief was Megan Gemunder, Attorney Advisor, United States Department of Homeland Security, of Washington, DC.

PROST, MOORE, and WALLACH, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.